## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:02CR283** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **ROY D. BRUNING,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion (Filing No. 91) asking the Court not rule on the government's motion to destroy evidence (Filing No. 90) for 30 days.

IT IS ORDERED:

1.    The Defendant's motion (Filing No. 91) is granted; and

2.    The government's motion to destroy evidence (Filing No. 90) is held in abeyance until November 26, 2007, absent earlier notice from the Defendant of his position with respect to the motion.

DATED this 26th day of October, 2007.

BY THE COURT:

S/ Laurie Smith Camp
United States District Judge